# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-2754
_____

TRAVIS MCCLAIN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

February 5, 2018

PER CURIAM.

   AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan Torrens, Torrens Law Group, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian Markham, Assistant Attorney General, Tallahassee, for Appellee.